IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. BOSMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : : : | NO. 12-4083 |

## ORDER

AND NOW, this 20th day of September, 2013, upon consideration of plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket #7), the defendant's response, after careful and independent review of the Report and Recommendation of Magistrate Judge Henry R. Perkin dated September 4, 2013, and the plaintiff's objections to the R&R, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The objections are OVERRULED;
3. The relief sought by the plaintiff is DENIED; and
4. The decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.